FILED BY _____ , D.C.

93 SEP 13 AM 9: 11

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RICHARD W. AIKEN, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HHP CORPORATION, et al.,<br><br>Defendants. | Civil No. 87-2207-HB<br>(Friedman) |
| PROGRESSIVE CAPITAL INVESTMENT CORPORATION and THOMAS PETERS,<br><br>Plaintiffs,<br><br>v.<br><br>HHP CORPORATION, et al.,<br><br>Defendants. | Civil No. 87-2219-HB<br>(Friedman) |

JUDGE'S COPY MAILED TO JUDGE FRIEDMAN

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated by and among the parties to these actions, through their counsel, that all claims against the defendants are dismissed with prejudice, without costs to any party.

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9-14-93

(149)

Respectfully submitted,

*Ronald P. Kane* (signature)

Ronald P. Kane

SIEGAN, BARBAKOFF, GOMBERG & KANE
20 North Clark Street
Suite 1000
Chicago, Illinois 60602

Counsel for the Aiken Plaintiffs

Thomas F. Johnston
Randall D. Noel
Nathaniel L. Prosser

ARMSTRONG ALLEN PREWITT GENTRY JOHNSTON & HOLMES
1900 One Commerce Square
Memphis, Tennessee 38103

Counsel for the Progressive Plaintiffs

*Nancy L. Manzer* (signature)

Robert B. McCaw
Andrew N. Vollmer
Nancy L. Manzer

WILMER, CUTLER & PICKERING
2445 M Street, N.W.
Washington, D.C. 20037-1420
(202) 663-6000

Counsel for Defendants The Winchester Law Firm, Samuel M. Marks, III, and David F. Leake

- 2 -

20 North Clark Street
Suite 1000
Chicago, Illinois 60602

Counsel for the Aiken Plaintiffs

_____
Thomas F. Johnston
Randall D. Noel
Nathaniel L. Prosser

ARMSTRONG ALLEN PREWITT GENTRY
      JOHNSTON & HOLMES
1900 One Commerce Square
Memphis, Tennessee  38103

Counsel for the Progressive
Plaintiffs


_____
Robert B. McCaw
Andrew N. Vollmer
Nancy L. Manzer

WILMER, CUTLER & PICKERING
2445 M Street, N.W.
Washington, D.C.  20037-1420
(202) 663-6000

Counsel for Defendants The
Winchester Law Firm, Samuel M.
Marks, III and David F. Leake

Larry Scroggs, Esq.

965 Ridge Lake Boulevard
Suite 100
Memphis, Tennessee 38120

Counsel for Defendants Joseph J.
Rodriguez and BHP Corporation

SO ORDERED: _____
　　　　　　　　Judge Bernard A. Friedman

Date:   SEP 8 1993

Copies mailed to:

Ronald P. Kane
Thomas F. Johnston
Robert B. McCaw
On:   SEP 8 1993
By:   _____
　　　　Deputy Clerk

3